F. H. JACKSON v. GORDON YOUNG, ET AL CO-EXECUTORS

5-4760                                          435 S.W. 2d 801

Opinion Delivered January 13, 1969

*Robert W. Faulkner* for appellant.

*Wendell O. Epperson* and *Bridges, Young, Matthews & Davis* for appellees.

CONLEY BYRD, Justice.    This appeal by Appellant F. H. Jackson is dismissed for failure to comply with our rule 9 (d).    The only portion of the record here abstracted is the testimony of Dave Davenport and from this alone we are unable to know how the trial court committed error in refusing a continuance or why the evidence is not sufficient to sustain the verdict.

Affirmed.